J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI W., an Individual, | Case No. 2:21-06090 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED:  December 29. 2022          _____/s/ Autumn D. Spaeth_____
                                                    THE HONORABLE AUTUMN D. SPAETH
                                                    United States Magistrate Judge